IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BP EXPLORATION & PRODUCTION, INC., ET AL. | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:09-CV-03360 |
| NATIONAL OILWELL VARCO, LP, ET AL. | § § § | |
| Defendants. | § | |

## ORDER

After due consideration of the motions and responses, IT IS ORDERED that:

Plaintiffs BP America Production Company, BP Exploration & Production, Inc. and American Home Assurance Company's motion to stay is DENIED;

Plaintiffs BP America Production Company, BP Exploration & Production, Inc. and American Home Assurance Company's motion to continue the scheduling conference is DENIED; and

Defendants National Oilwell Varco, LP, National Oilwell Varco, Inc., National Oilwell Norway AS, Hydralift Amclyde, Inc., and Hydralift, Inc.'s alternative motion for temporary stay is GRANTED.

IT IS SO ORDERED this ____ day of _____, 2010.

_____
United States District Judge

1