# Ware Jackson Lee Chambers

January 12, 2010

Hon. Nancy F. Atlas
Judge, U.S. District Court
Courtroom 9F
515 Rusk Street
Houston, TX 77002

    Re:    Civil Action No. 4:09-CV-03360; *BP Exploration & Production, Inc., et al. v. National Oilwell Varco, LP, et al.*

Dear Judge Atlas:

    Yesterday, National Oilwell Norway, AS and National Oilwell Varco, Inc. filed their answer in the above-referenced litigation. National Oilwell Norway, AS recognizes that this answer moots its previously filed motion to dismiss for lack of subject matter jurisdiction [Doc. No. 6], and hereby provides the Court and counsel with notice that said motion is withdrawn. National Oilwell Varco, Inc. recognizes that this answer moots its previously filed special appearance [Doc. No. 1 at attachment 8], and hereby provides the Court and counsel with notice that said special appearance is withdrawn.

    Thank you for your attention to this matter.

                      Very truly yours,

                      WARE, JACKSON, LEE & CHAMBERS, L.L.P.

                      Melissa M. Davis

MMD:lb
Nato0009

A Limited Liability Partnership

America Tower, 42nd Floor    2929 Allen Parkway    Houston, Texas 77019-7101    Tel 713-659-6400    Fax 713-659-6262    www.warejackson.com

Hon. Nancy F. Atlas
January 12, 2010
Page 2

cc: Sherman Gene Fendler *Via email*
Carol Welborn Reisman
David W. Leefe
Liskow & Lewis
One Shell Square
701 Poydras St., Suite 5000
New Orleans, LA 70139-5099

cc: Charles A. Mouton *Via email*
Mahtook & Lafleur
P. O. Box 3089
600 Jefferson St.
Lafayette, LA 70502

cc: J. D. Page *Via email*
J. D. Page, Attorney at Law
3155 Phoenix Tower
3200 Southwest Freeway
Houston, TX 77027

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2010, I electronically filed the foregoing document with the clerk of the court for the United States District Court, Southern District of Texas, using the electronic case filing system of the Court. The electronic case filing system will send a "Notice of Electronic Filing" to counsel of record who have consented in writing to accept this Notice as service of this document by electronic means; I further certify that I have served counsel of record who have not so consented to electronic service by certified mail, return receipt requested.

/s/_____
Melissa M. Davis