# Ware Jackson Lee Chambers

January 13, 2010

Hon. Nancy F. Atlas
Judge, U.S. District Court
Courtroom 9F
515 Rusk Street
Houston, TX 77002

    Re:    Civil Action No. 4:09-CV-03360; *BP Exploration & Production, Inc., et al. v. National Oilwell Varco, LP, et al.*

Dear Judge Atlas:

    On January 11, 2010, National Oilwell Norway, AS and National Oilwell Varco, Inc. filed their answer in the above-referenced litigation. National Oilwell Norway, AS recognizes that this answer moots its previously filed motion to dismiss for lack of personal jurisdiction [Doc. No. 6], and hereby provides the Court and counsel with notice that said motion is withdrawn. National Oilwell Varco, Inc. recognizes that this answer moots its previously filed special appearance [Doc. No. 1 at attachment 8], and hereby provides the Court and counsel with notice that said special appearance is withdrawn.

    Thank you for your attention to this matter.

                               Very truly yours,

                               WARE, JACKSON, LEE & CHAMBERS, L.L.P.

                               Melissa M. Davis

MMD:lb
Nato0009

Hon. Nancy F. Atlas
January 13, 2010
Page 2

|  |  |  |
|---|---|---|
| cc: | Sherman Gene Fendler<br>Carol Welborn Reisman<br>David W. Leefe<br>Liskow & Lewis<br>One Shell Square<br>701 Poydras St., Suite 5000<br>New Orleans, LA 70139-5099 | *Via email* |
| cc: | Charles A. Mouton<br>Mahtook & Lafleur<br>P. O. Box 3089<br>600 Jefferson St.<br>Lafayette, LA 70502 | *Via email* |
| cc: | J. D. Page<br>J. D. Page, Attorney at Law<br>3155 Phoenix Tower<br>3200 Southwest Freeway<br>Houston, TX 77027 | *Via email* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, 2010, I electronically filed the foregoing document with the clerk of the court for the United States District Court, Southern District of Texas, using the electronic case filing system of the Court. The electronic case filing system will send a "Notice of Electronic Filing" to counsel of record who have consented in writing to accept this Notice as service of this document by electronic means; I further certify that I have served counsel of record who have not so consented to electronic service pursuant to the Federal Rules of Civil Procedure.

/s/ _____
Melissa M. Davis