UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BP EXPLORATION & PRODUCTION, INC., *et al.*, § § | | |
| Plaintiffs, § § | | |
| v. § | CIVIL ACTION NO. H-09-3360 | |
| § | | |
| NATIONAL OILWELL VARCO, L.P., *et al.*, § § | | |
| Defendants. § | | |

## ORDER

Defendants National Oilwell Norway, AS and National Oilwell Varco, Inc.'s Motion to Withdraw [Doc. # 21], and Motion for Correction [Doc. # 22] are hereby **GRANTED.**  It is therefore

**ORDERED** that National Oilwell Norway, AS's Motion to Dismiss Pursuant to Rule 12(b)(2) [Doc. # 6] is hereby **DISMISSED** as withdrawn.  It is further

**ORDERED** that National Oilwell Varco, Inc's Special Appearance [Doc. # 1-8] is hereby **DISMISSED** as withdrawn.

SIGNED at Houston, Texas, this 15th day of **January, 2010**.

_____
Nancy F. Atlas
United States District Judge