# HEARING MINUTES AND ORDER

**Cause Number**: 09-3360

**Style**: BP Exploration Production, Inc., *et al.*, National Oilwell Varco, LP, *et al.*,

**Appearances**:

| Counsel: | Representing: |
|---|---|
| Robert Burns/Gene Fendler | Plaintiff |
| J.D. Page | Defendant |

**Date**: January 25, 2010  **ERO**: Yes
**Time**: 1:50 p.m. - 2:10 p.m.  **Interpreter**:

**At the hearing the Court made the following rulings**:

Opposed Motion to Stay and Supporting Memorandum of Law Based on the "First-To-File" Rule by American Home Assurance Company, BP America Production Company, BP Exploration & Production, Inc. [Doc. #12] is GRANTED in accordance with the record in open court.

Parties shall make initial disclosures within 30 days but shall deliver available documents in three months.

Parties to notify the court in writing within one week of the issuance of the ruling of the Louisiana case.

This case is ADMINISTRATIVELY STAYED and CLOSED.

**SIGNED** at Houston, Texas this 25th day of January, 2010.

_____
Nancy F. Atlas
United States District Judge