| AO 435 (Rev. 03/08) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME: Melissa M. Davis | 2. PHONE NUMBER: 713-659-6400 | 3. DATE: 2-2-2010 |
|---|---|---|
| 4. MAILING ADDRESS: 2929 Allen Parkway, 42nd Floor | 5. CITY: Houston | 6. STATE: TX / 7. ZIP CODE: 77019 |
| 8. CASE NUMBER: 4:09-CV-03360 / 9. JUDGE: Nancy Atlas | DATES OF PROCEEDINGS | |
| | 10. FROM: 1-25-2010 | 11. TO: 1-25-2010 |
| 12. CASE NAME: BP Exploration, et al. v. National Oilwell Varco, et al. | LOCATION OF PROCEEDINGS | |
| | 13. CITY: Houston | 14. STATE: TX |

15. ORDER FOR
- ☐ APPEAL
- ☒ NON-APPEAL
- ☐ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

United States Courts
Southern District of Texas
FILED
FEB - 2 2010
Clerk of Court

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING (Spcy) Initial Scheduling Conference | 1-25-2010 |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☒ | ☐ | NO. OF COPIES | less than 20 | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18 & 19)
By signing below, I certify that I will pay all charges (deposit plus additional)

ESTIMATE TOTAL

18. SIGNATURE: [signature]
19. DATE: 2-2-2010

☒ EMAIL ONLY REQUIRED
☐ EMAIL AND HARD COPY REQUIRED
☐ EMAIL ADDRESS:

20. TRANSCRIPT TO BE PREPARED BY: ERO

COURT ADDRESS: 515 Rusk, 4th Floor, Houston TX 77002

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY