April 7, 2010

Hon. Nancy F. Atlas
Judge, U.S. District Court
Courtroom 9F
515 Rusk Street
Houston, TX 77002

  Re: Civil Action No. 4:09-CV-03360; *BP Exploration & Production, Inc., et al. v. National Oilwell Varco, LP, et al.*

Dear Judge Atlas:

  The purpose of this letter is to inform the Court that on April 1, 2010, the United States District Court for the Eastern District of Louisiana issued an order in Cause No. 09-6218, *BP American Production Company, et al. v. National Oilwell Varco, L.P., et al.* granting Defendants' motion to transfer the case to the Southern District of Texas pursuant to 28 U.S.C. § 1404(a). The Eastern District of Louisiana ordered the case transferred to the Southern District of Texas, Houston Division. This notice is provided pursuant to this Court's January 25, 2010 Minutes and Order in a parallel case in this Court, Cause No. 09-3360, *BP American Production Company, et al. v. National Oilwell Varco, L.P., et al.*, in which the Court placed Cause No. 09-3360 on administrative stay pending the outcome of the motion to transfer in the Eastern District of Louisiana and requested notice of the Eastern District of Louisiana's ruling on the motion to transfer within one week of its issuance.

  Thank you for your attention to this matter.

           Very truly yours,

           WARE, JACKSON, LEE & CHAMBERS, L.L.P.

           /s/

           Melissa M. Davis

MMD:lb
Nato0009

Hon. Nancy F. Atlas
April 7, 2010
Page 2

cc:     Sherman Gene Fendler                                              *Via email*
        Carol Welborn Reisman
        David W. Leefe
        Liskow & Lewis
        One Shell Square
        701 Poydras St., Suite 5000
        New Orleans, LA 70139-5099

cc:     Charles A. Mouton                                                 *Via email*
        Mahtook & Lafleur
        P. O. Box 3089
        600 Jefferson St.
        Lafayette, LA 70502

cc:     J. D. Page                                                        *Via email*
        J. D. Page, Attorney at Law
        3155 Phoenix Tower
        3200 Southwest Freeway
        Houston, TX 77027

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 7th day of April, 2010, I electronically filed the foregoing document with the clerk of the court for the United States District Court, Southern District of Texas, using the electronic case filing system of the Court. The electronic case filing system will send a "Notice of Electronic Filing" to counsel of record who have consented in writing to accept this Notice as service of this document by electronic means; I further certify that I have served counsel of record who have not so consented to electronic service pursuant to the Federal Rules of Civil Procedure.

/s/  
Melissa M. Davis