UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Case Number | 4:09-cv-03360 |
|---|---|---|---|
| BP EXPLORATION & PRODUCTION COMPANY, ET AL ||||
| *versus* ||||
| NATIONAL OILWELL VARCO, LP, ET AL ||||

This lawyer, who is admitted to the State Bar of _____Louisiana_____:

| | |
|---|---|
| Name | David William Leefe |
| Firm | Liskow & Lewis |
| Street | 701 Poydras Street, Suite 5000 |
| City & Zip Code | New Orleans, LA 70139 |
| Telephone | (504) 556-4137 |
| Licensed: State & Number | LA 1479 |
| Federal Bar & Number | Louisiana Eastern, Middle, and Western Districts |

Seeks to appear as the attorney for this party:

BP America Production Company, BP Exploration & Production, Inc., and American Home Assurance Company

Dated: __April 16, 2010__   Signed: _____

COURT USE ONLY: The state bar reports that the applicant's status is: _____.

Dated: _____   Signed: _____
                                         Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____   _____
                               United States District Judge