UNITED STATES DISTRICT COURTSOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Case Number | 4:09-cv-03360 |
|---|---|---|---|
| | BP Exploration & Production, Inc. et al. | | |
| | *versus* | | |
| | National Oilwell Varco, LP, et al. | | |

This lawyer, who is admitted to the State Bar of _____Louisiana_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Devin Chase Reid<br>Liskow & Lewis<br>701 Poydras St., Suite 5000, One Shell Square<br>New Orleans, LA 70139<br>(504) 581-7979<br>Louisiana; Bar Number 32645<br>Louisiana Eastern, Middle & Western Districts |
|---|---|

Seeks to appear as the attorney for this party:

| BP America Production Company, BP Exploration & Production, Inc., and American Home Assurance Company |
|---|
| Dated: 4/16/2010    Signed: /s/ Devin Reid |

COURT USE ONLY: The state bar reports that the applicant's status is: _____.

Dated: _____    Signed: _____
                                                                   Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                                                United States District Judge