UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Case Number | 4:09-cv-03360 |
|---|---|---|---|
| BP Exploration & Production, Inc. et al. ||||
| *versus* ||||
| National Oilwell Varco, LP, et al. ||||

This lawyer, who is admitted to the State Bar of _____Louisiana_____:

| | |
|---|---|
| Name | Devin Chase Reid |
| Firm | Liskow & Lewis |
| Street | 701 Poydras St., Suite 5000, One Shell Square |
| City & Zip Code | New Orleans, LA 70139 |
| Telephone | (504) 581-7979 |
| Licensed: State & Number | Louisiana; Bar Number 32645 |
| Federal Bar & Number | Louisiana Eastern, Middle & Western Districts |

Seeks to appear as the attorney for this party:

BP America Production Company, BP Exploration & Production, Inc., and American Home Assurance Company

Dated: 4/16/2010        Signed: [signature]

COURT USE ONLY: The state bar reports that the applicant's status is: __Active__.

Dated: April 20, 2010    Signed: Shelia Ashabranner
                                  Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: April 20, 2010

[signature]
Nancy F. Atlas
United States District Judge