UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:09-CV-03360 |
|---|---|---|---|
| BP EXPLORATION & PRODUCTION, INC. ET AL. | | | |
| *versus* | | | |
| NATIONAL OILWELL VARCO, LP ET. AL. | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Lawrence Kullman<br>Lewis, Kullman, Sterbcow & Abramson<br>601 Poydras St., Ste. 2614<br>New Orleans, LA 70130<br>Tel: (504) 588-1500; Fax: (504) 588-1514<br>Louisiana Bar No. 07884<br>E.D. La. No. 07884 |
|---|---|
| Seeks to appear for this party: | National Oilwell Varco, L.P., National Oilwell Varco, Inc., |
| Dated:   4/20/10 | Signed: |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                    United States District Judge