UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:09-CV-03360 |
|---|---|---|---|
| BP EXPLORATION & PRODUCTION, INC. ET AL. ||||
| *versus* ||||
| NATIONAL OILWELL VARCO, LP ET. AL. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Lawrence Kullman<br>Lewis, Kullman, Sterbcow & Abramson<br>601 Poydras St., Ste. 2614<br>New Orleans, LA 70130<br>Tel: (504) 588-1500; Fax: (504) 588-1514<br>Louisiana Bar No. 07884<br>E.D. La. No. 07884 |
|---|---|
| Seeks to appear for this party: | National Oilwell Varco, L.P., National Oilwell Varco, Inc., |
| Dated: 4/20/10 | Signed: [signature] |

| The state bar reports that the applicant's status is: ||
|---|---|
| Dated: 4/23/10 | Clerk's signature: [signature] |

Order

Dated: April 26, 2010

This lawyer is admitted *pro hac vice*.

[signature] Nancy
United States District Judge